IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. 3:20mj5 |
| v. | ) |
| TONI K. JUDY, | ) |
| *Defendant.* | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, TONI K. JUDY, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE
(Citation Nos. 7931138)

On or about November 27, 2019, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, TONI K. JUDY, did knowingly commit simple assault, to wit: TONI K. JUDY forcibly grabbed A.B. by her wrist and put her in a chair.

(In violation of Title 18, United States Code, Section 113(a)(5)).

## COUNT TWO
### (Citation No. 7931129)

On or about November 27, 2019, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and within the special territorial jurisdiction of the United States and this Court, defendant, TONI K. JUDY, did commit simple assault, to wit: TONI K. JUDY forcibly grabbed V.T. by both arms, lifted her in the air, and then placed her forcefully in a chair.

(In violation of Title 18, United States Code, Section 113(a)(5)).

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Gabrielle S. Heim
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1542
Fax: (804) 765-1950
gabrielle.s.heim.mil@mail.mil